Motion Granted; Appeals Dismissed
and Memorandum Opinion filed December 9, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00372-CV

NO. 14-10-00420-CV

NO. 14-10-00618-CV

____________

 

ANLOC, L.L.C., Appellant

 

V.

 

PETRODOME ENERGY, L.L.C. AND 

PETRODOME HOCKLEY, L.L.C., Appellees

 



 

On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2009-61596

 



 

M E M O R
A N D U M   O P I N I O N

On
November 23, 2010, appellant filed a motion to dismiss these consolidated appeals
because all claims have been settled.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeals are ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Brown.